Charlesetta Williams 12-14-65
318 703-1208        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
6-8-2023
Tony R. Moore Clerk of
Court I will like to Appeal
Granted I.F.P. Prisonner were
Not ICE Detained Charlesetta
Williams Shreveport City Jail
755 Hope St Kidnapping Finger
Shreveport LA 71101 June Printed
12- 2002 Indent Report Felony
69401-146117 96401-146117 arson
Mental   146117 Barry Newton
June 13- 2002 No Evidence
Suppose To have been arrested
By A Dective Felony arson: Case
South Caddo parish 3007 222-299
Gald Gardon, A St Cooper Rd D.A
Dr Martin Luther King Paul
Jr Community S. port LA Carmouche
71107 Officer Hostaman public
Hitchmiches S.P.D. 1234 defender
Texas Ave S-port LA 71101 Attorney
Chief of Police Mike Office
Camphbell False arrest Kammi
A misterment C.C.C. Whately
1101 Formum Dr S-port LA 71101
Sgt-Trount Golf population
Booking June 14- 2002 A Legal
Finger painted without document
of arrested